UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Juan Jiminez; and Josefina Jiminez,<br><br>Plaintiffs,<br><br>v.<br><br>Mortgage Electronic Registration Systems, Inc.; First Franklin Financial Corporation; Deutsche Bank National Trust Company; and Universal Mortgage, Inc., and Does 1 and 2,<br><br>Defendants. | Civil File No. 08-CV-0901<br><br>**<u>AFFIDAVIT OF MARNE K. MITSKOG IN SUPPORT OF DEFENDANT FIRST FRANKLIN FINANCIAL CORPORATION'S MOTION TO DISMISS</u>** |

STATE OF MINNESOTA )
                              ) ss.
COUNTY OF HENNEPIN )

      I, **MARNE K. MITSKOG**, being duly sworn, state as follows:

      1.      I am an associate at the law firm of Dorsey & Whitney LLP and one of the attorneys representing Defendant First Franklin Financial Corporation ("First Franklin") in the above- referenced matter.

      2.      I submit this affidavit, which is based on personal knowledge and a review of the files, in support of First Franklin's Motion to Dismiss.

      3.      First Franklin was, at the time of the origination of the mortgage loan, a Division of National City Bank, a National Bank subject to the National Bank Act, 12 U.S.C.S. § 1 et seq., and regulated by the Office of the Comptroller of the Currency.

    4.    Attached hereto as Exhibit A is a true and correct copy of a Mortgage Broker Agreement between First Franklin and Universal Mortgage, Inc. ("Universal") dated February 15, 2005.

    5.    Attached hereto as Exhibit B is a true and correct copy of a Loan Submission Form that Universal submitted to First Franklin requesting a mortgage loan for Plaintiffs in the amount of $175,000 dated September 8, 2006.

    6.    Attached hereto as Exhibit C is a true and correct copy of American Dream Appraisals invoice and appraisal dated August 30, 2006.

    7.    Attached hereto as Exhibit D are true and correct copies of a Prepayment Rider dated September 18, 2006.

    8.    Attached hereto as Exhibit E is a true and correct copy of the Jiminez HUD-1 Settlement Statement dated September 18, 2006.

    9.    Attached hereto as Exhibit F is a true and correct copy of a Federal Truth-in-Lending Disclosure Statement ("TILA Disclosure") dated September 8, 2006.

    10.    Attached hereto as Exhibit G are a true and correct copies of the Notice of Right to Cancel dated September 18, 2006.

    11.    Attached hereto as Exhibit H is a true and correct copy of the Itemization of Amount Financed sheet dated September 18, 2006.

    12.    Attached hereto as Exhibit I is a true and correct copy of the Mortgage dated September 18, 2006, and which was recorded in Meeker County, Minnesota on September 28, 2006.

13.     Attached hereto as Exhibit J is a true and correct copy of the Note dated September 18, 2006.

FURTHER AFFIANT SAYETH NOT.

By  s/Marne K. Mitskog
     Marne K. Mitskog

Subscribed and sworn to before me
this 23rd day of June, 2008.

  s/Cassie D. Buresh
       Notary Public

3